THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER L. WILLIAMS (Cal. State Bar No.: Pending)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5862
    Facsimile: (213) 894-0141
    E-mail: jennifer.williams6@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-3106 M |
|---|---|
| Plaintiff, | ) [~~proposed~~] ORDER FOR |
| | ) DESIGNATING AND DETAINING A |
| v. | ) MATERIAL WITNESSES WITH |
| | ) APPEARANCE BOND SECURED BY |
| DEMETRIO MARTINEZ-ZARATE, | ) THIRD PARTY AFFIDAVIT OF |
| | ) SURETY WITHOUT JUSTIFICATION |
| Defendant. | ) |

    FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be material witnesses in the above-captioned case:

    LUIS HERNANDEZ-OROSCO

    IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the

///
///
///
///

alternative, released under the following conditions to assure his presence at trial:

    (1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

    (2) Pre-trial Services supervision.

    (3) Travel restricted to CD and Dist where affiant resides; however, no travel to SD Calif.

12/29/08
DATE

/s/ *signature*
THE HONORABLE ROSALYN M. CHAPMAN
United States Magistrate Judge

Presented by:

/s/ Jennifer L. Williams
JENNIFER L. WILLIAMS
Assistant United States Attorney

2