THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIE L. WANG (Cal. Bar No. 233392)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
    Telephone:  (213) 894-2450
    Facsimile:  (213) 894-0141
    E-mail:     jennie.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-3106M |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR DESIGNATING AND DETAINING A MATERIAL WITNESSES WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | |
| DEMETRIO MARTINEZ-ZARATE, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be material witnesses in the above-captioned case:

**ISIDRO RODRIGUEZ-RUBIO**

IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative,

//
//
//
//

Case 2:09-cr-00025-PSG   Document 16   Filed 01/07/09   Page 2 of 2   Page ID #:66

released under the following conditions to assure his presence at trial:

    1.   the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

    2.   Pre-trial Services supervision.

IT IS SO ORDERED.

January 7, 2009
DATE

HONORABLE JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

JENNIE L. WANG
Assistant United States Attorney

2